## CASE ANNOUNCEMENTS

*December 24, 2013*

[Cite as *12/24/2013 Case Announcements*, 2013-Ohio-5678.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–1166.   State ex rel. Daily Servs., Inc. v. Buehrer.**
In Mandamus and Prohibition. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1419.   Alt v. Cuyahoga Cty. Court of Common Pleas.**
In Mandamus and Prohibition. On motion to dismiss. Motion granted. Motion to amend the case caption is denied. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1504.   Becker v. Bunting.**
In Habeas Corpus. On petition for writ of habeas corpus of Jan Francis Becker et al. Cause dismissed. Petitioners' instant motion for immediate en banc hearing is denied.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1508.   Huelsman v. Grosz.**
In Procedendo. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed. Motion to quash denied as moot.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1514.   Roberts v. Schooley.**
In Habeas Corpus. On petition for writ of habeas corpus of Michael Roberts. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1529.   State ex rel. Muhammad v. Stewart.**
In Mandamus and Prohibition. On respondents' motions to dismiss. Motions granted. Relator's motion for relief is denied. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.